IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01579-AP

TEVA M. EVANS,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

> For Plaintiff:
> MICHAEL A. DESAULNIERS
> 402 W. 12th Street
> Pueblo, CO 81003
> seckarlaw@mindspring.com
>
> For Defendant:
> JOHN F. WALSH
> United States Attorney
>
> KEVIN TRASKOS
> Chief, Civil Division
> United States Attorney's Office
> District of Colorado
>
> THOMAS H. KRAUS
> Special Assistant United States Attorney
> 1001 17th Street
> Denver, Colorado 80202
> (303) 844-0017
> E-mail: tom.kraus@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   **A.    Date Complaint Was Filed:** 7/02/10

   **B.    Date Complaint Was Served on U.S. Attorney's Office:** 8/06/10

   **C.    Date Answer and Administrative Record Were Filed**: 10/04/10

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    BRIEFING SCHEDULE**

   **A.    Plaintiff's Opening Brief Due:** 12/8/10

   **B.    Defendant's Response Brief Due:** 1/19/11

   **C.    Plaintiff's Reply Brief (If Any) Due:** 2/4/11

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

A.       **Plaintiff's Statement:** Plaintiff does not request oral argument

B.       **Defendant's Statement:**  Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.       **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.       **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 28th  day of October, 2010.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael A. Desaulniers
MICHAEL A. DESAULNIERS
402 W. 12th Street
Pueblo, CO 81003
seckarlaw@mindspring.com

Attorney for Plaintiff

JOHN F. WALSH
UNITED STATES ATTORNEY

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado

s/ Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1001 17th Street
Denver, Colorado 80202
(303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant